# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | DAVID R. MARRIOTT | WORLDWIDE PLAZA | KEVIN J. ORSINI | NICHOLAS A. DORSEY |
| EVAN R. CHESLER | MICHAEL A. PASKIN | 825 EIGHTH AVENUE | MATTHEW MORREALE | ANDREW C. ELKEN |
| RICHARD W. CLARY | ANDREW J. PITTS | NEW YORK, NY 10019-7475 | JOHN D. BURETTA | JENNY HOCHENBERG |
| STEPHEN L. GORDON | MICHAEL T. REYNOLDS | | J. WESLEY EARNHARDT | VANESSA A. LAVELY |
| ROBERT H. BARON | ANTONY L. RYAN | TELEPHONE: +1-212-474-1000 | YONATAN EVEN | G.J. LIGELIS JR. |
| DAVID MERCADO | GEORGE E. ZOBITZ | FACSIMILE: +1-212-474-3700 | BENJAMIN GRUENSTEIN | MICHAEL E. MARIANI |
| CHRISTINE A. VARNEY | GEORGE A. STEPHANAKIS | | JOSEPH D. ZAVAGLIA | LAUREN R. KENNEDY |
| PETER T. BARBUR | DARIN P. MCATEE | | STEPHEN M. KESSING | SASHA ROSENTHAL-LARREA |
| THOMAS G. RAFFERTY | GARY A. BORNSTEIN | | LAUREN A. MOSKOWITZ | ALLISON M. WEIN |
| MICHAEL S. GOLDMAN | TIMOTHY G. CAMERON | | DAVID J. PERKINS | MICHAEL P. ADDIS |
| RICHARD HALL | KARIN A. DEMASI | CITYPOINT | JOHNNY G. SKUMPIJA | JUSTIN C. CLARKE |
| JULIE A. NORTH | DAVID S. FINKELSTEIN | ONE ROPEMAKER STREET | J. LEONARD TETI, II | SHARONMOYEE GOSWAMI |
| ANDREW W. NEEDHAM | DAVID GREENWALD | LONDON EC2Y 9HR | D. SCOTT BENNETT | C. DANIEL HAAREN |
| STEPHEN L. BURNS | RACHEL G. SKAISTIS | TELEPHONE: +44-20-7453-1000 | TING S. CHEN | EVAN MEHRAN NORRIS |
| KATHERINE B. FORREST | PAUL H. ZUMBRO | FACSIMILE: +44-20-7860-1150 | CHRISTOPHER K. FARGO | LAUREN M. ROSENBERG |
| KEITH R. HUMMEL | ERIC W. HILFERS | | KENNETH C. HALCOM | |
| DAVID J. KAPPOS | GEORGE F. SCHOEN | | DAVID M. STUART | |
| DANIEL SLIFKIN | ERIK R. TAVZEL | | AARON M. GRUBER | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | CRAIG F. ARCELLA | | O. KEITH HALLAM, III | SAMUEL C. BUTLER |
| PHILIP J. BOECKMAN | DAMIEN R. ZOUBEK | WRITER'S DIRECT DIAL NUMBER | OMID H. NASAB | |
| WILLIAM V. FOGG | LAUREN ANGELILLI | +1-212-474-1080 | DAMARIS HERNÁNDEZ | |
| FAIZA J. SAEED | TATIANA LAPUSHCHIK | | JONATHAN J. KATZ | |
| RICHARD J. STARK | ALYSSA K. CAPLES | WRITER'S EMAIL ADDRESS | RORY A. LERARIS | OF COUNSEL |
| THOMAS E. DUNN | JENNIFER S. CONWAY | bgruenstein@cravath.com | KARA L. MUNGOVAN | MICHAEL L. SCHLER |
| MARK I. GREENE | MINH VAN NGO | | MARGARET T. SEGALL | CHRISTOPHER J. KELLY |

November 19, 2020

<u>Quentin Starkes v. United States of America</u><br>No. 1:20-cv-00265-LGS

Dear Judge Schofield:

   Pursuant to the Court's August 28, 2020 Order (Dkt No. 20), we write this letter on behalf of our client, Quentin Starkes, to request an adjournment of our deadline to file an amended § 2255 motion until February 1, 2021.  The government consents to this request.

   On February 25, 2020, the Court ordered Mr. Starkes to undergo a psychological evaluation by April 7, 2020.  On February 28, 2020, we retained a psychiatrist, Dr. Alexander Bardey, to perform Mr. Starkes' evaluation and requested the necessary medical records for Mr. Starkes.

   As we have advised the Court in previous adjournment requests, one of our requests for medical records has been outstanding since March 5, 2020.  Despite repeated efforts to obtain these records, we did not receive them until yesterday.

   Now that we finally have all of Mr. Starkes' medical records, Dr. Bardey will require time to review the records and complete his evaluation of Mr. Starkes.  Based on our discussions with Dr. Bardey, we believe that he can complete his work and that we can file an amended § 2255 motion by February 1, 2021.  Accordingly, we respectfully

request that the Court adjourn our deadline to file an amended § 2255 motion until February 1, 2021.  The government consents to this request.

                Respectfully submitted,

                /s/ Benjamin Gruenstein

The Honorable Lorna G. Schofield
   United States District Judge
      Southern District of New York
         40 Foley Square
           New York, New York 10007

VIA ECF

Copies to:

AUSA Alexandra Rothman

VIA ECF

The application is **GRANTED**.  Plaintiff shall file an amended § 2255 motion by **February 1, 2021**.  No further extensions will be granted.

So Ordered.

Dated: November 20, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**