UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
QUENTIN STARKES,

                              Plaintiffs,          20 Civ. 265 (LGS)

-against-                             ORDER

UNITED STATES OF AMERICA,

                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 1, 2021, Mr. Starkes filed an amended § 2255 motion on the ground of ineffective assistance of counsel (the "Motion"). Dkt. Nos. 24-25.

WHEREAS, on February 2, 2021, the Court directed the Government to file an answer or other pleadings in response to the Motion by April 5, 2021, and Mr. Starkes to file any response by May 5, 2021. Dkt. No. 27.

WHEREAS, the Government, after reviewing the motion papers, concluded that the testimony of Mr. Starkes's former trial counsel, Aaron Goldsmith, Eqq. ("Counsel"), was needed for the Government to respond to the Motion.

WHEREAS, the briefing schedule for the Motion was adjourned to provide Mr. Starkes with time to execute and return an "Attorney-Client Privilege Waiver (Informed Consent)" form, and the Court set a new date for the Government's opposition but not for Mr. Starkes's reply. Dkt. No. 29.

WHEREAS, on June 8, 2021, the Government filed its opposition. It is hereby

**ORDERED** that, by **July 1, 2021**, Mr. Starkes shall file any reply.

Dated: June 9, 2021
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                   **UNITED STATES DISTRICT JUDGE**