```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
QUENTIN STARKES,                              :
                              Petitioner,     :      20 Civ. 00265 (LGS)
                                              :
            -against-                         :      ORDER
                                              :
UNITED STATES OF AMERICA,                     :
                              Respondent.     :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 1, 2021, Petitioner filed a motion to redact and file under seal an unredacted version of his reply memorandum of law in support of his motion pursuant to 28 U.S.C. § 2255. Dkt. No. 33. It is hereby

**ORDERED** that, Petitioner's motion to seal is **GRANTED**. The unredacted version of the reply at Docket No. 34 will remain sealed, and by **July 7, 2021**, Petitioner shall publicly file a redacted version of his reply. Only the parties and individuals identified in the attached Appendix will have access. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of Petitioner's personal information, including protected health information.

The Clerk of Court is respectfully directed to close the motion at Docket No. 33.

Dated: July 2, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Appendix

Pursuant to Your Honor's Individual Rule I.D.3, this appendix identifies all parties and attorneys of record who should have access to the sealed documents.

AUSA Alexandra Rothman (by ECF)